**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 03, 2014

Mr. Sean Bajkowski
U.S. Department of Labor
200 Constitution Avenue, N.W.
Suite N-2117
Washington, DC 20210

Ms. Maia Simone Fisher
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Suite N-2119
Washington, DC 20210

Mr. Barry H. Joyner
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Washington, DC 20210

Ms. Laura Metcoff Klaus
Greenberg Traurig
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

Mr. Thomas Wayne Moak
Moak & Nunnery
P.O. Box 510
Prestonsburg, KY 41653-0000

Mr. Thomas O. Shepherd Jr.
Benefits Review Board
Attn: Clerk of the Board
200 Constitution Avenue, N.W.
Room S-5220, P.O. Box 37601
Washington, DC 20013-7601

Re: Case No. 13-3407, *Spurlock Mining Co., Inc., et al v. Kenneth Wells, et al*
Originating Case No. : 11-0658 BLA : 11-0853 BLA

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

                                              Sincerely yours,

                                              s/Connie A. Weiskittel
                                              Mediation Administrator

Enclosure

No mandate to issue