Case No. 13-3407

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

SPURLOCK MINING CO., INC.; AMERICAN BUSINESS & MERCANTILE INSURANCE MUTUAL, INC.

       Petitioners

v.

KENNETH P. WELLS; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS

       Respondents

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 03, 2014